# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

DAVID WOJCIEHOWICZ,

    Plaintiff,

v.                                  CIVIL ACTION NO. 2:20-cv-00355

THE CHEMOURS COMPANY FC, LLC,

    Defendant.

## JUDGMENT ORDER

In accordance with the Memorandum Opinion and Order granting the Defendant's motion for summary judgment, the Court **ORDERS** that judgment be entered in favor of the Defendant, that all pending motions be terminated, and that this case be dismissed and stricken from the docket.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and to any unrepresented party.

        ENTER:     September 17, 2021

        IRENE C. BERGER
        UNITED STATES DISTRICT JUDGE
        SOUTHERN DISTRICT OF WEST VIRGINIA