FILED: December 10, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2197
(2:20-cv-00355)

_____

DAVID WOJCIEHOWICZ, individually and on behalf of all those similarly situated

  Plaintiff - Appellant

v.

THE CHEMOURS COMPANY FC, LLC

  Defendant - Appellee

_____

J U D G M E N T

_____

In accordance with the decision of this court, this appeal is dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK